AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
AUG 2 1 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.
BAILEY BURNETT

*Defendant(s)*

Case No. 2:25-mj- 168

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 7, 2023, to January 18, 2024 in the county of Norfolk in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. 2252(a)(2) | Receipt and Distribution of Images Depicting Minors Engaging In Sexually Explicit Conduct |
| Count 2: 18 U.S.C. 2252(a)(4)(B) | Possession of Images Depicting Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jeremy McKinnon

*Complainant's signature*
Lindsey Santos, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/21/2025

*Judge's signature*
United States Magistrate Judge Robert J. Krask
*Printed name and title*

City and state: Norfolk, Virginia